UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Intervenor-Respondents. | No. 1:22-cv-00247-SWS (Lead Case) |
| WESTERN ENERGY ALLIANCE, *et al.*<br><br>Petitioners,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Intervenor-Respondents. | No. 1:22-cv-00252-SWS (Joined Case) |
| WESTERN ENERGY ALLIANCE, *et al.*<br><br>Petitioners,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Intervenor-Respondents. | No. 1:23-cv-00001-SWS (Joined Case) |

## ORDER GRANTING MOTIONS TO CONSOLIDATE CASES AND SETTING DEADLINES FOR ADMINISTRATIVE RECORD

This matter comes before the Court on the Respondents' Motions to Consolidate Civil Cases (22cv247 Doc. 31; 22cv252 Doc. 33; 23cv1 Doc. 30). Having considered the motions and reviewed the records in each case, the Court finds the cases involve common questions of law and fact, and consolidation would encourage efficient administration of the issues while conserving resources. Consequently, pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 42.1, the Court will grant the motions and consolidate the cases.

IT IS THEREFORE ORDERED that Respondents' Motions to Consolidate Civil Cases (22cv247 Doc. 31; 22cv252 Doc. 33; 23cv1 Doc. 30) are GRANTED. Case Numbers 22-CV-247-SWS, 22-CV-252-SWS, and 23-CV-1-SWS are hereby consolidated under F.R.C.P. 42(a).

IT IS FURTHER ORDERED that Case No. 22-CV-247-SWS shall be the lead case, as reflected in the caption above. For ease of administration, all further pleadings shall be filed in Case No. 22-CV-247-SWS, and no further pleadings should be filed in Case Numbers 22-CV-252-SWS and 23-CV-1-SWS. Any further pleadings received by the Clerk of Court for Case Numbers 22-CV-252-SWS and 23-CV-1-SWS shall be filed in Case No. 22-CV-247-SWS.

IT IS FURTHER ORDERED that the administrative records for the consolidated cases shall be filed by **April 14, 2023**, and any motions regarding the administrative records are due **May 5, 2023**. All other deadlines for the consolidated cases flow from Local Rule 83.6.

**ORDERED**: March 7th, 2023.

Scott W. Skavdahl
United States District Judge