LISA LYNNE RUSSELL
Deputy Assistant Attorney General,
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5273 (Sawyer)
(202) 598-7863 (Luecke)
michael.sawyer@usdoj.gov
daniel.luecke@usdoj.gov

ERIC HEIMANN
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Intervenor-Respondents. | **No. 1:22-cv-00247-SWS (Lead Case)** |
| WESTERN ENERGY ALLIANCE, *et al.*<br><br>    Petitioners,<br><br>    v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | No. 1:22-cv-00252-SWS (Joined Case) |

|                                                                                 |                                      |
|---------------------------------------------------------------------------------|--------------------------------------|
| Intervenor-Respondents.                                                         |                                      |
| WESTERN ENERGY ALLIANCE, *et al.*                                               |                                      |
| Petitioners,                                                                    |                                      |
| v.                                                                              | No. 1:23-cv-00001-SWS (Joined Case)  |
| DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,   |                                      |
| Respondents, and                                                                |                                      |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,                                      |                                      |
| Intervenor-Respondents.                                                         |                                      |

**UNOPPOSED MOTION TO EXTEND
REMEDY BRIEF DEADLINES**

Respondents respectfully move to extend the deadline to file remedy briefs by thirty-one days to March 3 and March 17, 2025.  Counsel for all Petitioners and Intervenor-Respondents state that their clients do not oppose this request provided that all remedy brief deadlines are extended.  In support of this request, Respondents state as follows:

1. On December 31, 2024, the Court issued its Order Upholding in Part and Remanding in Part Agency Action on Judicial Review (Order), Dkt. 75.  The Order calls for simultaneous remedy briefs to be filed by January 31 and February 14, 2025.  Order 34.

2. On January 20, 2025, President Donald J. Trump was inaugurated.  Incoming leadership at both the Departments of Justice and the Interior needs additional time to consider the issues raised by the Court's Order and respond to the Order's call for remedy briefing.

For the foregoing reasons, Respondents respectfully request that the Court extend remedy briefing deadlines from January 31 and February 14, 2025, to March 3 and 17, 2025.

Respectfully submitted this 27th day of January 2025.

        LISA LYNNE RUSSELL
        Deputy Assistant Attorney General
        Environmental & Natural Resources Division
        U.S. Department of Justice

        */s/ Michael S. Sawyer*
        MICHAEL S. SAWYER
        Senior Attorney, Natural Resources Section
        DANIEL C. LUECKE
        Trial Attorney, Natural Resources Section

        ERIC HEIMANN
        United States Attorney

        */s/ C. Levi Martin*
        C. LEVI MARTIN
        Civil Chief

        *Counsel for Respondents*