**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JAN 28 PM 2: 53

MARGARET BOTKINS, CLERK
CASPER

STATE OF WYOMING,

Petitioner,

v.

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,

Intervenor-Respondents.

**Case No. 1:22-cv-00247-SWS (Lead Case)**
Case No. 22-cv-252-SWS (Joined Case)
Case No. 23-cv-001-SWS (Joined Case)

---

**AMENDED\* ORDER GRANTING UNOPPOSED MOTION TO**
**EXTEND REMEDY BRIEF DEADLINES**

---

This matter comes before the Court on the Respondents' Unopposed Motion to Extend

Remedy Brief Deadlines (Doc. 76). Having considered the motion, the Court finds that good

cause exists for the requested extension and consequently grants the motion.

IT IS THEREFORE ORDERED that the parties shall file supplemental remedy briefing

(limited to ten pages) **on or before March 3, 2025**. The parties may then file simultaneous

responses (limited to five pages) **on or before March 17, 2025**. Intervenor-Respondents are

granted leave to file their own supplemental briefing, if desired, under the same page restrictions

and deadlines.

**ORDERED**: January _28_, 2025.

Scott W. Skavdahl
United States District Judge

\* Amended to correct response deadline.