ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5273 (Sawyer)
(202) 598-7863 (Luecke)
michael.sawyer@usdoj.gov
daniel.luecke@usdoj.gov

STEPHANIE I. SPRECHER
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Federal Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Intervenor-Respondents. | **No. 1:22-cv-00247-SWS (Lead Case)** |
| WESTERN ENERGY ALLIANCE, *et al.*<br><br>    Industry Petitioners,<br><br>    v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Federal Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | No. 1:22-cv-00252-SWS (Joined Case) |

| | |
|---|---|
| Intervenor-Respondents. | |

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, *et al.* | |
| Industry Petitioners, | |
| v. | No. 1:23-cv-00001-SWS (Joined Case) |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, | |
| Federal Respondents, and | |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| Intervenor-Respondents. | |

## **JOINT MOTION TO HOLD CASE IN ABEYANCE**

Petitioner Wyoming and Federal Respondents jointly move to hold the case in abeyance with status reports to be filed every sixty days. Counsel for Industry Petitioners states that their clients do not oppose the relief requested in this motion. Counsel for Intervenor-Respondents state that their clients reserve their position until they see the filed motion. In support of this request, Petitioner Wyoming and Federal Respondents state as follows:

1. On December 31, 2024, the Court issued its Order Upholding in Part and Remanding in Part Agency Action on Judicial Review (Order), Dkt. 75. That Order held unlawful the absence without explanation of a Q3 2022 lease sale in Wyoming. And the Order calls for simultaneous remedy briefs to be filed. Order 34. Those briefs are currently due on March 17 and March 31. Dkt. 80.

2. On January 20, 2025, President Donald J. Trump was inaugurated. That same day, he revoked Executive Order 14008, which called for an oil and gas leasing pause, and issued Executive Order 14154, which calls for Unleashing American Energy by establishing the policy of the United States "to encourage energy exploration and

production on Federal lands." 90 Fed. Reg. 8353. To implement EO 14154, Secretary of the Interior Doug Burgum issued [Secretarial Order 3418](#), which calls for "actions to offer more parcels of the public land for oil and gas leasing, including through quarterly lease sales, or additional lease sales."

3. Counsel for Petitioner Wyoming and counsel for Federal Respondents have discussed ways to narrow their remaining differences with respect to remedies in this litigation. Because Wyoming and Federal Respondents desire to continue discussing how further administrative action may obviate the need for additional remedies in this case, Wyoming and Federal Respondents respectfully suggest that further remedy briefing should be postponed to allow those discussions to continue.

4. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936)). "Courts routinely grant abeyances when a new administration comes into office." Order Granting Mot. to Hold Case in Abeyance, *W. Energy All. v. Burgum*, No. 24-cv-100, Dkt. 53 (D. Wyo. Mar. 6, 2025) (collecting cases).

Because the requested abeyance "potentially saves time, effort, and resources by narrowing the justiciable issues the court must address," *id.* (citation omitted), Wyoming and Federal Respondents respectfully request that the Court hold this case in abeyance, with status reports to be filed every 60 days by Wyoming and Federal Respondents.

Respectfully submitted this 11th day of March 2025.

| | |
|---|---|
| ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br>Environmental & Natural Resources Division<br>U.S. Department of Justice<br>/s/ *Michael S. Sawyer*<br>MICHAEL S. SAWYER<br>Senior Attorney, Natural Resources Section<br>DANIEL C. LUECKE<br>Trial Attorney, Natural Resources Section<br><br>STEPHANIE I. SPRECHER<br>Acting United States Attorney<br><br>/s/ *C. Levi Martin*<br>C. LEVI MARTIN<br>Civil Chief<br><br>*Counsel for Respondents* | /s/ *Shannon Leininger*<br>D. David DeWald (Wyo. Bar. No. 7-5538)<br>Deputy Attorney General<br>Shannon Leininger (Wyo. Bar No. 8-6932)<br>Senior Assistant Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-7895 (phone)<br>(307) 777-3542 (fax)<br>david.dewald@wyo.gov<br>shannon.leininger@wyo.gov<br><br>*Attorneys for Petitioner State of Wyoming* |